# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00378-CV

### David Schuette, Appellant

### v.

### Kleo Hatziladas and Newtak Pty Ltd., Appellees

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
NO. D-1-GN-09-002784, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant David Schuette has filed a motion to dismiss this appeal. In the motion, Schuette represents that "[a]ll matters in dispute between the parties have been fully and finally resolved in the underlying case and the necessity to continue the matter that is before this Court no longer exists." The certificate of conference indicates that appellees do not oppose the motion. Accordingly, we grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: November 19, 2010